# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL M. COLEMAN, | CASE NO. 11cv115-WQH (NLS) |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the Report and Recommendation filed by the Honorable Magistrate Judge Nita L. Stormes. (ECF No. 20).

**I.  Background**

On September 21, 2007, Plaintiff filed an application for social security income. Plaintiff's was claim denied initially and upon reconsideration. On November 25, 2008, a hearing was held before an administrative law judge  On September 18, 2009, the ALJ issued a written decision finding that Plaintiff was not disabled. The ALJ's decision became the final decision of the Commissioner of Social Security when the Appeals Council denied Plaintiff's request for review.

On January 20, 2011, Plaintiff, represented by counsel, initiated this action by filing a Complaint for Review of Final Decision of the Commissioner of Social Security. (ECF No. 1).

On August 12, 2011, Plaintiff filed a Motion for Summary Judgment. (ECF No. 12).

On October 14, 2011, Defendant filed a Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. (ECF Nos. 17-18). On October 27, 2011, Plaintiff filed an Opposition to Defendant's Cross-Motion for Summary Judgment. (ECF No. 19).

On February 14, 2012, the Magistrate Judge issued the Report and Recommendation. (ECF No. 20). The Report and Recommendation recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Cross-Motion for Summary Judgment be granted. The Report and Recommendation concludes:

> IT IS ORDERED that no later than February 29, 2012 any party to this action may file written objections with the Court and serve a copy on all parties. The document should be captioned "Objections to Report and Recommendation."
>
> IT IS FURTHER ORDERED that any reply to the objections shall be filed with the Court and served on all parties no later than March 7, 2012. The parties are advised that failure to file objections within the specified time may waive the right to raise those objections on appeal of the Court's order.

*Id*. at 16 (citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991)).

The docket reflects that no objections to the Report and Recommendation have been filed.

**II. Discussion**

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report ... to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc).

A court "will disturb the denial of benefits only if the decision contains legal error or is not supported by substantial evidence." *Tommasetti v. Astrue*, 533 F.3d 1035, 1038 (9th Cir. 2008) (quotation omitted).

After review of the Report and Recommendation, the written opinion of the ALJ, the administrative record, and the submissions of the parties, the Court concludes that the Magistrate Judge correctly recommended that Plaintiff's Motion for Summary Judgment be denied and Defendant's Cross-Motion for Summary Judgment be granted.

**III.  Conclusion**

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 20) is ADOPTED in its entirety. The Motion for Summary Judgment filed by Plaintiff (ECF No. 12) is DENIED. The Cross-Motion for Summary Judgment filed by Defendant (ECF No. 17) is GRANTED.

DATED:  March 22, 2012

**WILLIAM Q. HAYES**
United States District Judge